UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------

DAVID MILLER,

                    Plaintiff,

          -against-

M. BRADY, et al.,

                    Defendants.

20 Civ. 3799 (LGS)

ORDER

LORNA G. SCHOFIELD, United States District Judge:

      WHEREAS, pro se Plaintiff filed this Complaint on May 14, 2020.  ECF 1;

      WHEREAS, the Complaint states that Plaintiff resides in New Jersey and alleges that New Jersey police officers violated his constitutional rights.  The Complaint does not state where Defendants reside;

      WHEREAS, Venue is proper in "(a) a judicial district in which any defendant resides, if all defendants are residents of the State in which the district is located; (b) a judicial district in which a substantial part of the events or omissions giving rise to the claim occurred . . .; or (c) if there is no district in which an action may otherwise be brought as provided in this section, any judicial district in which any defendant is subject to the court's personal jurisdiction with respect to such action."  28 U.S.C. § 1391(b);

      WHEREAS, the Complaint does not provide a clear basis for venue to be proper in the United States District Court for the Southern District of New York.  Instead, the Complaint suggests that venue is proper in the United States District Court for the District of New Jersey;

      WHEREAS, on May 19, 2020, the Court directed Plaintiff to file, by June 3, 2020, a letter that is no greater than two pages, double-spaced, explaining why venue is proper in the

Southern District of New York.  The letter stated that the case will be transferred to the District of New Jersey if Plaintiff does not file a response.  ECF 4;

WHEREAS, Plaintiff has not filed a response to the May 19, 2020, Order.  It is hereby

**ORDERED** that, by **June 26, 2020**, Plaintiff shall file a response consistent with the direction in the May 19, 2020, Order.  This case will be dismissed or transferred to the District of New Jersey if Plaintiff does not file a response.


Dated:  June 10, 2020
        New York, New York

                                                _____
                                                LORNA G. SCHOFIELD
                                                UNITED STATES DISTRICT JUDGE